ERNA SCHNEIDER, Appellant, *v.* NEW YORK TELEPHONE COMPANY, Respondent, Impleaded with Another.

Argued November 18, 1937; decided January 11, 1938.

*Herman A. Gray* and *Maxwell M. Booxbaum* for appellant.

*Irving W. Young, Jr., N. H. Egleston, Hugh N. Wells* and *Charles T. Russell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and FINCH, JJ. Dissenting: LOUGHRAN and RIPPEY, JJ.